# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0391
_____

DERRICK A. GORDON,

Appellant,

v.

FL DEP'T OF CORR.,

Appellee.

_____


On appeal from the County Court for Leon County.
Jason L. Jones, Judge.

December 27, 2023


PER CURIAM.

AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Derrick A. Gordon, pro se, Appellant.

Ashley Moody, Attorney General, and Juanita Villalpando, Assistant Attorney General, Tallahassee, for Appellee.